157 A.3d 853

RONALD MCKAY, JR., PLAINTIFF–PETITIONER, v. PARKVIEW HOLDINGS, L.L.C., ANTHONY CORP., ANTHONY CORP. REAL ESTATE, ABC MANAGEMENT COMPANIES, AND SADIA GHAFFAR, M.D., DEFENDANTS, AND JOEL FEDERBUSH, M.D., KARINE V. AIRAPETIAN, M.D., ASGHAR HOSSAIN, M.D., MICHELE RUVOLO, M.D., AYME V. FROMETA DELCASTILLO, M.D., AND BERGEN REGIONAL MEDICAL CENTER, L.P., DEFENDANTS–RESPONDENTS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000702–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.